Jasper Maurice WARREN,
Plaintiff—Appellant,

v.

Kathleen GREEN, Warden; Department of Public Safety & Correctional Services; David M. Mathis, M.D.; Correctional Medical Services, Inc.; Robert Smith, Medical Director, Wexford Health Sources, Inc., Defendants—Appellees.

No. 10–6790.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 30, 2010.

Decided: Dec. 6, 2010.

Jasper Maurice Warren, Appellant Pro Se. Michael O'Connor Doyle, Assistant Attorney General, Baltimore, Maryland; Philip Melton Andrews, Ryan Alexander Mitchell, Kramon & Graham, PA, Baltimore, Maryland; Valerie L. Tetro, Whiteford, Taylor & Preston, LLP, Washington, D.C., for Appellees.

Before WILKINSON, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jasper Maurice Warren appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Warren v. Green,* No. 1:09–cv–01308–RDB (D.Md. Apr. 30, 2010). Warren's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*